FILED
September 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      DT
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Case No: EP:25-CR-02114-KC |
| Plaintiff, | § § | **I N D I C T M E N T** |
| v. | § § | **CT 1:** 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) - Conspiracy to Transport Aliens |
| NICHOLAS MARTIN GALLEGOS, | § § § | |
| Defendant. | § § § | **CT 2:** 18 U.S.C. §§ 111(a), (b) – Assault on a Federal Officer |
| | § § § § | **CT 3:** 18 U.S.C. §§ 111(a), (b) – Assault on a Federal Officer |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about August 6, 2025, in the Western District of Texas, Defendant,

**NICHOLAS MARTIN GALLEGOS,**

knowingly, intentionally, and unlawfully conspired, combined, and confederated, and agreed with others known and unknown to the Grand Jury, to commit an offense against the United States, namely: to transport and move and attempt to transport and move aliens within the United States knowing and in reckless disregard of the fact that said aliens had come to, entered, and remained in the United States in violation of law, said transportation being in furtherance of said violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i).

## COUNT TWO

On or about August 6, 2025, in the Western District of Texas, Defendant,

**NICHOLAS MARTIN GALLEGOS,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit, J.R., who was engaged in official duties, and caused physical contact and used a deadly or dangerous weapon, in violation of Title 18, United States Code, Sections 111(a), (b).

### COUNT THREE

On or about August 6, 2025, in the Western District of Texas, Defendant,

**NICHOLAS MARTIN GALLEGOS,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit, M.F., who was engaged in official duties, and caused physical contact and used a deadly or dangerous weapon, in violation of Title 18, United States Code, Sections 111(a), (b).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
　　　Assistant U.S. Attorney